# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD KISHBACH**, | : | **CIVIL ACTION NO. 1:06-CV-01122** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **DAVID DIGUGLIELMO, et al.**, | : | |
| Respondents. | : | |

## **ORDER**

AND NOW, this 24th day of May, 2007, the court having been advised of the death of the *pro se* petitioner in the above-captioned habeas corpus challenge to his convictions in the Court of Common Pleas of Luzerne County, it is hereby ORDERED that petitioner's motion for reconsideration of the court's memorandum and order of March 6, 2007 (Doc. 17) is denied as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge